UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re Terrorist Attacks on September 11, 2001          **MDL 1570**
--------------------------------------------------------------x
KATHLEEN ASHTON, *et al.*,

                                           **02 CV 6977 (RCC)**

            Plaintiffs,

    v.                                                 **Kreindler & Kreindler LLP**

AL QAEDA ISLAMIC ARMY, *et al.*,                       **Fifth Amended Consolidated**
                                           **Master Complaint**
            Defendants.                             **(Adding Plaintiffs)**
--------------------------------------------------------------x

      The following plaintiffs are added to the Fifth Amended Complaint:

CHRISTY FERER, as Personal Representative
of the Estate of Neil Levin, Deceased
and on behalf of all survivors of Neil Levin

JULIO CESAR FERNANDEZ, as Personal Representative
of the Estate of Julio Fernandez, Deceased
and on behalf of all survivors of Julio Fernandez

CAROL LAIETA, as Administrator
of the Estate of Vincent A. Laieta, Deceased
and on behalf of all survivors of Vincent A. Laieta

JUAN MARTINEZ, as Personal Representative
of the Estate of Waleska Martinez, Deceased
and on behalf of all survivors of Waleska Martinez

LAURIE WEINBERG, as Administratrix
of the Estate of Steven Weinberg, Deceased
and on behalf of all survivors of Steven Weinberg;*

SUSAN WOHLFORTH, as Executor
of the Estate of Martin Wohlforth, Deceased
and on behalf of all survivors of Martin Wohlforth

Danny Ray Johnson
Frank Maisano

*Co-counsel Soberman & Rosenberg

-----------------------------------------------------------x

ARLENE BEYER, et al.

                    Plaintiffs,

        v.

AL QAEDA ISLAMIC ARMY, *et al.*,

                    Defendants.

-----------------------------------------------------------x

**MDL 1570**

**02 CV 6978 (RCC)**

**Kreindler & Kreindler LLP**
**Barasch McGarry Salzman**
**Penson & Lim**

**Fifth Amended Consolidated**
**Master Complaint**
**(Adding Plaintiffs)**

Joseph Accetta; Alamo Agustino; Stanley Andrusyczyn
Thomas Asher; Candiace Baker; Christopher Barrett
John Belford; Joseph Bertolino; Donald Bigi
Richard J. Bittles; Peter Brunaes; James Bruno
Richard Bylicki; Nelson Caban; Gary Cali
William Chesney; Gerald Chiavelli; Bundy Chung
William T. Collins; James Connolly; John Coombs
Richard Coyne; Chris Craven; Peter Curcio
Frank Curnyn; Alan Dagistino; Philip Dagostino
Nicholas DeMasi; Raymond Denninger; Dominick Devito
John Devlin; Robert DiGiovanni; Andrew DiGiugno
John Dixon; Thomas J. Doherty; Francis Donahue
Richard DuBowy; Brian Duffy; Joseph Dunn
George Edgeworth; William Edwards; William Ellis
Steven Fedorczuk; Manuel Fernandez; Edward Ferraro
Michael Fitzmaurice; George Foris; Nicholas Fornario
Gregory Forsyth; Michael Fossati; James Freer
John Fullam; Dennis Gallagher; Robert Gallagher
Anne Garcia; Rafael Garcia; Rudolph Geiger
Bruce Gerrie; Garry Giannandrea; Guerino Giannattanasio
Thomas Gillam; Philip Guarnieri; Leakat Hanif
Darren Harkins; Eugene Harris; Richard Harrison
Francis Haskell; Michael Heffernan; Joseph Hickey
Donald Hoffman; James Hurson; Salvatore J. Isabella
Byron Johnson; Leroy Jonas; Robert Jones
Kazimierz Jurgiel; James Kadnar; Patrick Kissane
Carlos Kuper; Richard Lacerra; Stephen P. Lee
Artie Leecock; Thomas Lent; Salvatore Lumia
Charlie Lyons; Michael Mackl; Frank Macri
Frank Maisano; Andrew Majors; Felipe Marcano
John Mark; Erik Marrero; Antonio Martino

John Massarotti; Christopher Massaria; Thomas Mastrodomenico
Mark Mastros; Garry Maurice; Christopher McCormack
David McDonough; Michael McFarland; James McHugh
Tim McInerney; Michael Melillo; James Miller
Richard Miranda; John Miskanic; Elizardo Montes
Frank Moore; Michael Moore; Thomas Moore
Audrey Mosley Marcus; Raul Muniz; Joseph Murphy
Michael Musto; Paul Nigro; Joseph O'Brien
Christopher O'Donnell; Joseph O'Donnell; Howard O'Hringer
Edward Parker; Ronald Pascucci; Hilton Pearce
Frank Perry; Michael Perry; Freedman Pfeil
Joseph Piccininni; Andrew Porrazzo; Carl Punzone
John Quevado; James Ragarn; Sebastian Raspanti
Herman Reyes; Vito Ribaudo; Louie Rios
Hector Rivera; Robert Ryan; Thomas Ryan
Eric Scaknoff; James Schiavone; William Schillinger
Robert Schor; Angel Serrano; Luis Serrano
Giuseppe Sibilla; Jeffrey Simms; Gerard Simpson
Joseph Skonicczny; Adolph Stampfcl; Jimmie D. Sullivan
Michael Suwalski; Gary Suson; Keith Tanico
Peter Tartaglione; Jeff Tesoriero; Donald Thompson
John Tiska; Edgar Torres; Peter Tracy
Brian Urban; Anthony Valetta; Thomas VanRossem
Mario Vascon; Jose Velazquez; Guy Villano
Gregory Voce; Ed Wallace; Christopher Wanker
Mack Washington; Michael Welsh; John Whyte
Derek Williams; Martin Zoller

------------------------------------------------------------x
SHERI G. BURLINGAME, et al.,                     **MDL 1570**

                                                 **02 CV 7230(RCC)**

        v.
                                                 **Speiser, Krause, Nolan &
                                                 Granito**

AL QAEDA ISLAMIC ARMY, *et al*.,                 **Fifth Amended Consolidated
                                                 Master Complaint**
        Defendants.                              **(Adding Plaintiffs)**
------------------------------------------------------------x

PATRICIA CUBAS-BIELFELD, Individually,
ROBERT EICHELE and CARMELA EICHELE, Individually,

MICHAEL HENRY and REBECCA HENRY, Individually

JAMES B. LEACH, Individually,

JAMES McCAFFREY and AGNES McCAFFREY,
Individually

KEVIN WARD, Individually,

----------------------------------------------------------------x

VIRGINIA BAUER, et al.,                          **MDL 1570**

                                                 **02 CV 7236(RCC)**

        v.

                                                 **Baumeister & Samuels PC**

AL QAEDA ISLAMIC ARMY, *et al.*,                 **Fifth Amended Consolidated**
                                                 **Master Complaint**
        Defendants.                  **(Adding Plaintiffs)**

----------------------------------------------------------------x

MARY SMITH, Individually and as Administratrix
of the Estate of Daniel Laurence Smith, Deceased

Dated: September 10, 2004
      New York, New York

                        KREINDLER & KREINDLER LLP
                        Plaintiffs Liaison Counsel

               By:      /s/
                        James P. Kreindler (JK7084)
                        Marc S. Moller (MM0143)
                        Justin T. Green (JG0318)
                        Andrew J. Maloney, III (AM8684)
                        Vincent I. Parrett (VP5092)
                        100 Park Avenue
                        New York, NY 10017-5590
                        Phone: (212) 687-8181
                        Fax:  (212) 972-9432

                        Barasch McGarry Salzman Penson & Lim
                        11 Park Place
                        New York, NY 10007
                        Phone:  (212) 385-8000

Fax: (212) 385-7845

Baumeister & Samuels, P.C.
One Exchange Plaza
New York, NY 10006
Phone: (212) 363-1200
Fax: (212) 363-1346

Speiser, Krause, Nolan & Granito
Two Grand Central Tower
140 East 45th Street (34th Floor)
New York, NY 10017
Phone: (212) 661-0011
Fax: (212) 953-6483

Law Firm of Aaron J. Broder
    & Jonathan C. Reiter
350 Fifth Avenue, Suite 2811
New York, NY 10118
Phone: (212) 244-2000

Jaroslawicz & Jaros, Esqs.
150 William Street
New York, NY 10038
Phone: (212) 227-2780

# Plaintiffs' Counsel (September 10, 2004)

### 03 MDL 1570 SERVICE LIST

*In re: Terrorist Attack on September 11, 2001,* **03 MD 1570 (Judge Richard Casey),**
**U.S. District Court for the Southern District of New York**

| Plaintiffs' Counsel | Underlying Case Name |
|---|---|
| **ALLAN GERSON, ESQUIRE**<br>4221 Lenore Lane, N.W.<br>Washington, DC 20008<br>Tel: (202) 966-8557<br>Fax: (202) 966-8557<br>gerson@gilgintl.org | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **BARASCH McGARRY SALZMAN PENSON & LIM**<br>11 Park Place<br>New York, NY 10007<br>Tel: (212) 385-8000<br>Fax: (212) 385-7845<br><br>Michael Barasch, Esquire<br>michael@personalinjuryjustice.com | **Ashton, et al. v. Al Qaeda, et al.** |
| **BARTIMUS, FRICKLETON, ROBERTSON & OBETZ**<br>200 Madison Avenue, Suite 1000<br>Jefferson City, MO 65101<br>Tel: (573) 659-4454<br>Fax: (573) 659-4460<br><br>Edward D. Robertson, Esquire<br>chiprob@earthlink.net<br><br>Mary Winter, Esquire<br>marywinter@earthlink.net | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **BAUMEISTER & SAMUELS, PC**<br>One Exchange Place, 15th Floor<br>New York, NY 10006-3008<br>Tel: (212) 363-1200<br>Fax: (212) 363-1346<br><br>Michel F. Baumeister, Esquire<br>mbaumeister@baumeisterlaw.com<br><br>Thea M. Capone, Esquire<br>tcapone@baumeisterlaw.com<br><br>Douglas A. Latto, Esquire<br>dlatto@baumeisterlaw.com | **Ashton, et al. v. Al Qaeda, et al.** |

1

| | |
|---|---|
| **BRODER & REITER**<br>350 Fifth Avenue, Suite 2811<br>New York, NY 10118<br>Tel: (212) 244-2000<br>Fax: (212) 268-5297<br><br>Aaron J. Broder, Esquire<br>Jonathan C. Reiter, Esquire<br><br>info@broderreiter.com | **Ashton, et al. v. Al Qaeda, et al.** |
| **BROWN, TERRELL, HOGAN,**<br>**ELLIS, McCLAMMA, YEGELWEL PA**<br>8th Floor - Blackstone Building<br>233 East Bay St.<br>Jacksonville, FL 32202<br><br>Evan J. Yegelwel, Esquire<br>ejy@bthemy.com<br><br>D'Vorah Ben-Moshe<br>dbm@bthemy.com | **Havlish, et al. v. Bin Laden, et al.** |
| **BURBIDGE and MITCHELL**<br>139 East South Temple, Suite 2001<br>Salt Lake City, UT 84111<br>Tel: (801) 355-6677<br>Fax: (801) 355-2341<br><br>D. Richard Burbidge, Esquire<br>rburbidge@burbidgeandmitchell.com | **Havlish, et al. v. Bin Laden, et al.** |
| **CORDRAY LAW FIRM**<br>40 Calhoun Street, Suite 420<br>Post Office Drawer 22857<br>Charleston, SC 29413-2857<br>Tel: (843) 577-9761<br>Fax: (843) 853-6330<br><br>Jack D. Cordray, Esquire<br>jack@cordraylawfirm.com | **Burnett, et al. v. Al Baraka Investment and**<br>**Development Corp., et al.** |
| **COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2000<br>Fax: (215) 665-2013<br><br>Stephen A. Cozen, Esquire<br>Elliott R. Feldman, Esquire<br>Sean P. Carter, Esquire<br>Mark T. Mullen, Esquire<br>Lisa Haas, Esquire<br>J. Scott Tarbutton, Esquire.<br><br>MDL1570@cozen.com | **Federal Insurance Co., et al. v. Al Qaida, et al.** |

2

| | |
|---|---|
| **DAVIS, SAPERSTEIN & SALOMON, P.C.**<br>375 Cedar Lane<br>Teaneck, NJ 07666<br>Tel: (201) 907-5000<br>Fax: (201) 692-0444<br><br>Samuel L. Davis, Esquire<br>sam@dsslaw.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **EPSTEIN BECKER & GREEN, P.C.**<br>250 Park Avenue<br>New York, NY 10177-1211<br>Tel: (212) 351-4500<br>Fax: (212) 661-0989<br><br>Clare M. Sproule, Esquire<br>csproule@ebglaw.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **GAIR, GAIR, CONASON, STEIGMAN & MACKAUF**<br>80 Pine Street<br>New York, NY 10005<br>Tel: (212) 943-1090<br>Fax: (212) 425-7513<br><br>Robert Conason, Esquire<br>rconason@gairgair.com<br><br>Howard Hershenhorn, Esquire<br>hsh@gairgair.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **GALIHER, DeROBERTIS, NAKAMURA, ONO & TAKITANI**<br>610 Ward Avenue, Suite 200<br>Honolulu, HI 96814<br>Tel: (808) 597-1400<br>Fax: (808) 591-2608<br><br>Gary O. Galiher, Esquire<br>gog@gogaliher.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **HANLY CONROY BIERSTEIN & SHERIDAN LLP**<br>415 Madison Avenue<br>New York, NY 10017<br>Tel: (212) 401-7600<br>Fax: (212) 401-7618<br><br>Andrea Bierstein, Esquire<br>abierstein@hanlyconroy.com<br><br>Mary Palmer, Paralegal<br>mpalmer@hanlyconroy.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |

3

| | |
|---|---|
| **HOWARTH & SMITH**<br>800 Wilshire Boulevard, Suite 750<br>Los Angeles, CA  90017<br>Tel:  (213) 955-9400<br>Fax:  (213) 622-0791<br><br>Robert D. Brain, Esquire<br>Don Howarth, Esquire<br>Suzelle M. Smith, Esquire<br><br>MDL1570@howarth-smith.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.**<br><br>**Havlish, et al. v. Bin Laden, et al.** |
| **THE HUGE LAW FIRM PLLC**<br>7th Floor<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Tel:  (843) 722-1628<br>Fax:  (202) 318-1261<br><br>Harry Huge, Esquire<br>harryhuge@comcast.net | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **J. DAVID O'BRIEN, ESQUIRE**<br>20 Vesey Street, Suite 700<br>New York, NY  10007<br>Tel:  (212) 571-6111<br>Fax:  (212) 571-6166<br><br>obrienlawusa@aol.com | **Tremsky, et al. v. Osama Bin Laden, et al.** |
| **JAROSLAWICZ & JAROS, ESQUIRES**<br>150 William Street<br>New York, NY  10038<br>Tel:  (212) 227-2780<br>Fax:  (212) 227-5090<br><br>David Jaroslawicz, Esquire<br>davidjaroslawicz@yahoo.com | **Ashton, et al. v. Al Qaeda, et al.** |
| **JUDICIAL WATCH, INC.**<br>501 School Street,  SW, Suite 725<br>Washington, DC  20024<br>Tel:  (202) 646-5175<br>Fax:  (202) 646-5199<br><br>Paul J. Orfanedes, Esquire<br>James F. Peterson, Esquire<br><br>jpeterson@judicialwatch.org | **Burnett v. Al Baraka Inv. and Dev. Corp., et al.** |

4

| | |
|---|---|
| **KREINDLER & KREINDLER LLP**<br>100 Park Avenue<br>New York, NY 10017<br>Tel: (212) 687-8181<br>Fax: (212) 972-9432<br><br>Justin T. Green, Esquire<br>jgreen@kreindler.com<br><br>James P. Kreindler, Esquire<br>jkreindler@kreindler.com<br><br>Andrew J. Maloney, III, Esquire<br>amaloney@kreindler.com<br><br>Marc S. Moller, Esquire<br>mmoller@kreindler.com<br><br>Vince Parrett, Esquire<br>vparrett@kreindler.com<br><br>Steven Habig<br>shabig@kreindler.com | **Ashton, et al. v. Al Qaeda, et al.** |
| **LAMM, RUBENSTONE, TOTARO & DAVID, LLC**<br>4 Greenwood Square, Suite 200<br>P.O. Box 8544<br>Bensalem, PA 19020-8544<br>Tel: (215) 638-9330<br>Fax: (215) 638-2867<br><br>Edward H. Rubenstone, Esquire<br>erubenstone@lrtd.com | **Havlish, et al. v. Bin Laden, et al.** |
| **LAW OFFICES OF JERRY S. GOLDMAN AND ASSOCIATES, P.C.**<br>111 Broadway, 13th Floor<br>New York, NY 10006<br>Tel: (212) 385-1005<br>Fax: (212) 346-4665<br><br>Jerry S. Goldman, Esquire<br>jgoldman@goldmanlawyers.com<br><br>Gina Mac Neill, Esquire<br>GMacNeill@goldmanlawyers.com | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |

5

| | |
|---|---|
| **LAW OFFICES OF JOSHUA M. AMBUSH, LLC**<br>600 Reistertown Road<br>Suite 200 A<br>Baltimore, MD  21208<br>Tel:  (410) 484-2070<br>Fax:  (410) 484-9330<br><br>Joshua M. Ambush, Esquire<br>joshua@ambushlaw.com<br><br>Helen Louise Hunter, Esquire<br>hlsh@aol.com | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |
| **LEE LEE & LEE**<br>422 S. Gay Street<br>Knoxville, TN  37902<br>Tel:  (865) 544-0101<br>Fax:  (865) 544-0536<br><br>J.D. Lee, Esquire<br>MArrants @JDLee.com<br><br>David Lee, Esquire<br>davidl@lancairsouth.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.**<br><br>**Havlish, et al. v. Bin Laden, et al.** |
| **MELLON WEBSTER & SHELLY**<br>87 North Broad Street<br>Doylestown, PA  18901<br>Tel:  (215) 348-7700<br>Fax:  (215) 348-0171<br><br>Thomas E. Mellon, Jr., Esquire<br>tmellon@mellonwebster.com<br><br>Stephen Corr, Esquire<br>scorr@mellonwebster.com<br><br>Jack Corr, Esquire<br>jcorr@mellonwebster.com | **Havlish, et al. v. Bin Laden, et al**<br><br>**Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |

6

| | |
|---|---|
| **MOTLEY RICE LLC**<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465<br>Tel:  (843) 216-9000<br>Fax:  (843) 216-9450<br><br>Ronald L. Motley, Esquire<br>Jodi Westbrook Flowers, Esquire<br>Donald A. Migliori, Esquire<br>Jeffrey S. Thompson, Esquire<br>William Narwold, Esquire<br>Michael E. Elsner, Esquire<br>Ingrid Moll, Esquire<br>Justin Kaplan, Esquire<br><br>MDL1570@motleyrice.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.**<br><br>**Havlish, et al. v. Bin Laden, et al.** |
| **PROF. PAUL R. DUBINSKY**<br>New York Law School<br>7 Worth Street<br>New York, NY 10013<br>Tel: (212) 431-2157<br>Fax: (212) 431-1830<br><br>Paul R. Dubinsky<br>pdubinsky@nyls.edu | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |
| **NOLAN LAW GROUP**<br>20 North Clark Street, 30th Floor<br>Chicago, IL  60602<br>Tel:  (312) 630-4000<br>Fax:  (312) 630-4011<br><br>Floyd Wisner, Esquire<br>faw@nolan-law.com<br><br>Paula Jett, Assistant<br>plj@nolan-law.com | **Salvo, et al. v. Al Qaeda Islamic Army, et al.** |
| **OLIVER & SELLITTO, ESQS.**<br>205 Bond Street<br>Asbury Park, NJ  07712<br>Tel:  (732) 988-1500<br>Fax:  (732) 775-7404<br><br>Anthony M. Sellitto, Jr., Esquire<br>asellitto.911suit@aslaw.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |

7

| | |
|---|---|
| **PROF. ROGER ALFORD**<br>Pepperdine University School of Law<br>24255 Pacific Coast Hwy<br>Malibu, CA 90263<br>Tel: (310) 506 7626<br>Fax: (310) 506 4063<br><br>Professor Roger Alford<br>roger.alford@pepperdine.edu | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |
| **PRYOR CASHMAN SHERMAN & FLYNN LLP**<br>410 Park Avenue, 10th Floor<br>New York, New York 10022<br>Tel:  (212) 421-4100<br>Fax:  (212) 326-0806<br><br>Vincent F. Pitta, Esquire<br>vpitta@pryorcashman.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **RAMEY & HAILEY**<br>3815 River Crossing Parkway, Suite 340<br>Indianapolis, IN  46240<br>Tel:  (317) 848-3249<br>Fax:  (317) 848-3259<br><br>Richard D. Hailey, Esquire<br>rhailey@sprynet.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.**<br>**Havlish, et al. v. Bin Laden, et al.** |
| **RILEY DeBROTA LLP**<br>3815 River Crossing Parkway, Suite 340<br>Indianapolis, IN  46240<br>Tel:  (317) 848-7939<br>Fax:  (317) 848-7831<br><br>Amy Ficklin DeBrota, Esquire<br>William Riley, Esquire<br><br>saudisuit@rileydebrota.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.**<br><br>**Havlish, et al. v. Bin Laden, et al.** |
| **RUBENSTEIN & RYNECKI**<br>16 Court Street, Suite 1717<br>Brooklyn, NY  11241<br>Tel:  (718) 522-1020<br>Fax:  (718) 522-3804<br><br>Sanford A. Rubenstein, Esquire<br>Rubrynlaw@aol.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |

8

| | |
|---|---|
| **RUSSO, SCAMARDELLA & D'AMATO, P.C.**<br>1010 Forest Avenue<br>Staten Island, NY 10310<br>Tel: (718) 442-0900<br>Fax: (718) 816-8037<br><br>Guy Molinari, Esquire<br>guy@statenlaw.com<br><br>John D'Amato, Esquire<br>jdamato@statenlaw.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **SACKS & SACKS LLP**<br>150 Broadway<br>New York, NY 10038<br>Tel: (212) 964-5570<br>Fax: (212) 349-2141<br><br>Kenneth N. Sacks, Esquire<br>wtcmail@sacks-sacks.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **SCHONBRUN, DE SIMONE, SEPLOW, HARRIS & HOFFMAN**<br>723 Ocean Front Walk<br>Venice, California 90291<br>Tel: (310) 396-0731<br>Fax: (310) 399-7040<br><br>Paul L. Hoffman, Esquire<br>Hoffpaul@aol.com | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |
| **SHULTZ & ROLLINS**<br>1980 East Fort Lowell Road<br>Suite 200<br>Tucson, Arizona 85719<br>Tel: (520) 577-7777<br><br>Silas H. Shultz, Esquire<br>mail@shultz-rollins.com<br><br>Michael Rollins, Esquire<br>mike@shultz-rollins.com | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |

9

| | |
|---|---|
| **SPEISER, KRAUSE, NOLAN & GRANITO**<br>140 East 45th Street, 34th Floor<br>New York, NY 10017<br>Tel: (212) 661-0011<br>Fax: (212) 953-6483<br><br>Frank H. Granito, III, Esquire<br>f3g@ny.speiserkrause.com<br><br>Kenneth P. Nolan, Esquire<br>kpn@ny.speiserkrause.com<br><br>Jeanne M. O'Grady, Esquire<br>jog@ny.speiserkrause.com<br><br>John F. Schutty, Esquire<br>jfs@ny.speiserkrause.com | **Ashton, et al. v. Al Qaeda, et al.** |
| **SULLIVAN, PAPAIN, BLOCK, McGRATH &<br>CANNAVO, P.C.**<br>120 Broadway Avenue, 18th Floor<br>New York, NY 10271<br>Tel: (212) 732-9000<br>Fax: (212) 266-4141<br><br>Michael N. Block, Esquire<br>mblock@triallaw1.com<br><br>Edward Marcowitz, Esquire<br>emarcowitz@triallaw1.com<br><br>Andrew Carboy, Esquire<br>acarboy@triallaw1.com | **Burnett, et al. v. Al Baraka Investment and<br>Development Corp., et al.** |
| **MICHAEL J. BAZYLER**<br>**PROFFESSOR OF LAW**<br>Whittier Law School<br>3333 Harbor Blvd.<br>Costa Mesa, CA 92626<br>Tel: (310) 926-0149<br>Fax: (714) 444-1854<br><br>Michael J. Bazyler<br>bazyler@aol.com | **Estate of John P. O'Neill, Sr., et al v. Kingdom of<br>Saudi Arabia, et al.** |

10

| | |
|---|---|
| **WIGGINS, CHILDS, QUINN & PANTAZIS, PC**<br>7 Dupont Circle, NW, Suite 200<br>Washington, DC 20036<br><br>Dennis G. Pantazis, Esquire<br>dgp@wcqp.com<br><br>Timothy B. Fleming<br>tfleming@wcqp.com<br><br>Lori B. Kisch, Esquire<br>lkisch@wcqp.com | **Havlish, et al. v. Bin Laden, et al.** |
| **WINDER & HASLAM P.C.**<br>175 West 200 South, Suite 4000<br>P.O. Box 2668<br>Salt Lake City, UT  84111-2668<br>Tel:  (801) 322-2222<br>Fax:  (801) 322-2282<br><br>Donald J. Winder, Esquire<br>dwinder@winhas.com | **Havlish, et al. v. Bin Laden, et al.** |

11

# Defendants' Counsel (June 8, 2004)

### 03 MDL 1570 SERVICE LIST

*In re: Terrorist Attack on September 11, 2001*, **03 MD 1570 (Judge Richard Casey)**,
**U.S. District Court for the Southern District of New York**

| Defendants' Counsel |
|---|
| **ARNOLD & PORTER LLP**<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Tel: (202) 942-5000<br>Fax: (202) 942-5999<br><br>*Counsel for Saudi Economic & Development Company, International Development Foundation, and Sheikh Mohammed Salim bin Mahfouz*<br><br>David Gersch, Esquire<br>david_gersch@aporter.com<br><br>Jean E. Kalicki, Esquire<br>jean_kalicki@aporter.com<br><br>Brian C. Wilson, Esquire<br>brian_wilson@aporter.com |
| **ARNOLD & PORTER LLP**<br>399 Park Avenue<br>New York, NY 10022-4690<br>Tel: (212) 715-1000<br>Fax: (212) 715-1399<br><br>*Counsel for Saudi Economic & Development Company, International Development Foundation, and Sheikh Mohammed Salim bin Mahfouz*<br><br>Craig Stewart, Esquire<br>craig_stewart@aporter.com |
| **BAKER BOTTS LLP**<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel: (202) 639-7700<br>Fax: (202) 639-7890<br><br>*Counsel for HRH Prince Sultan Bin Abdulaziz Al-Saud and HRH Prince Salman Bin Abdulaziz Al-Saud*<br><br>Casey Cooper, Esquire<br>William H. Jeffress, Jr., Esquire<br>Jamie Kilberg, Esquire<br>Sara Kropf, Esquire<br><br>MDL1570@bakerbotts.com |

12

**BECKER, HADEED, KELLOGG & BERRY**
5501 Backlick Road, Suite 220
Springfield, VA  22151
Tel:  (703) 333-3224
Fax:  (703) 256-5431

*Counsel for Success Foundation, Inc.; Muslim World League Offices-NY; Muslim World League-VA;  and Mohamed S. Omeish*

Michael Hadeed, Jr., Esquire
mhadeed@beckerhadeed.com

**BERNABEI & KATZ, PLLC**
1773 T Street, N.W.
Washington, DC  20009-7139
Tel:  (202) 745-1942
Fax:  (202) 745-2627

*Counsel for Dr. Abdullah Mushen Al-Turki; Dr. Abdullah Naseef; Dr. Abdullah Al-Obaid; Dr. Abdul Rahman Al Swailem; Sheik Saleh Al-Hussayen; Sheik Shahir Batterjee; Mushayt for Trading Company; Mohammed Ali Sayed Mushayt; Sheik Hamad Al-Husaini; Saudi Arabian Red Crescent Society; Sheik Salman Al-Oadah; Sheik Safer Al-Hawali;  Al Haramain Islamic Foundation, Inc.; Soliman H.S. Al-Buthi; Soliman J. Khuderia; Talal M. Badkook; Dr. Adnan Basha; and Perouz Seda Ghaty*

Lynne A. Bernabei, Esquire
LBernabei@aol.com

Alan R. Kabat, Esquire
Kabat@bernabeiandkatz.com

**BONNER, KIERNAN, TREBACH AND CROCIATA**
1250 Eye Street, N.W.
Washington, DC  20005
Tel:  (202) 712-7000
Fax:  (202) 712-7100

*Counsel for Khalid Bin Mahfouz*

Michael Nussbaum, Esquire
mnussbaum@bktc.net

**BRYAN CAVE LLP**
1290 Avenue of the Americas
New York, NY 10104-3300
Tel: (212) 541-2000
Fax: (2120 541-4630

*Counsel for Prince Naif bin Abdulaziz Al-Saud*

Michael G. Biggers, Esquire
mgbiggers@bryancave.com

13

**BRYAN CAVE, LLP**
700 Thirteenth Street N.W.
Washington, DC  20005-3960
Tel:  (202) 508-6000
Fax:  (202) 508-6200

*Counsel for Prince Naif bin Abdulaziz Al-Saud*

James M. Cole, Esquire
jmcole@bryancave.com

James J. Murphy, Esquire
jjmurphy@bryancave.com

**BUSCH & NUBANI, P.C.**
5029 Backlick Road, Suite A
Annandale, VA  22003
Tel:  (703) 658-5151
Fax:  (703) 658-9200

*Counsel for Al Haramain Islamic Foundation, Aqeel Al-Aqeel, Saleh O. Badahdah, Adballah bin Adbul Aziz Almosleh, Abdullah M. Al-Mahdi, Adel A.J. Batterjee, Jamal Ahmad Mostafa Khalifa, Islamic Assembly of North America; and Sulaiman Al-Ali*

Ashraf W. Nubani, Esquire
anubani@rbanlaw.com

**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel:  (212) 408-5581
Fax:  (646) 710-5581

*Counsel for Yousef Jameel*

Kenneth A. Caruso, Esquire
Marvin R. Lange, Esquire
Jeffrey I. Wasserman, Esquire

+MDL1570@chadbourne.com

14

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

*Counsel for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy*

T. Barry Kingham, Esquire
bkingham@cm-p.com

Daria M. Ciaputa, Esquire
dciaputa@cm-p.com

Jesse Clarke, Esquire
jclarke@cm-p.com

**FULBRIGHT & JAWORSKI, LLP**
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 662-4659
Fax: (202) 662-4643

*Counsel for Nimir Petroleum, LLC*

Matthew H. Kirtland, Esquire
mkirtland@fulbright.com

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8213
Fax: (202) 530-9566

*Counsel for Salamiddin Abduljawad*

John C. Millian, Esquire
jmillian@gibsondunn.com

**GILLEN PARKER & WITHERS LLC**
One Securities Centre, Suite 1050
3490 Piedmont Road, NE
Atlanta, GA 30305-1743
Tel: (404) 842-9700
Fax: (404) 842-9750

*Counsel for Mar-Jac Poultry, Inc.*

Wilmer Parker, III, Esquire
bparker@gcpwlaw.com

15

**GORDON & SIMMONS, LLC**
131 West Patrick Street
P.O. Box 430
Frederick, MD 21705-0430
Tel: (301) 662-9122
Fax: (301) 698-0392

*Counsel for Zahir H. Kazmi*

Roger C. Simmons, Esquire
Victor E. Cretella, III, Esquire
officemail@gordonsimmons.com

**GRAY CARY WARE & FREIDENRICH LLP**
1625 Massachusetts Avenue, N.W., Suite 300
Washington, DC 20036
Tel: (202) 238-7700
Fax: (202) 238-7701

*Counsel for African Muslim Agency; Heritage Education Trust; International Institute of Islamic Thought; Mar-Jac Investments, Inc.; Reston Investments, Inc.; Safa Trust; York Foundation; Taha Al-Alwani; Muhammad Ashraf; M. Omar Ashraf; M. Yaqub Mirza; Iqbal Unus; Jamal Barzinji; Sterling Management Group; Sterling Charitable Gift Fund Inc.; Mena Corporation; Grove Corporate, Inc.; and Sana-Bell, Inc.*

Nancy Luque, Esquire
Donna Sheinbach, Esquire

MDL1570@graycary.com

**HANANIA & KHADER**
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041
Tel: 703-778-2400
Fax: 703-778-2407

*Counsel for Abdul Rahman Al-Almoudi; Tarik Hamdi; World Assembly of Muslim Youth; Mohammed Hussein Al Almoudi; and Taibah International Aid Association*

Maher Hanania, Esquire
Mhanania@hknlaw.com

Angela Hensley
Ahensley@hknlaw.com

16

**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

*Counsel for Saudi Binladin Group, Inc.; Bakr M. Bin Laden; Omar Bin Laden; Tarek M. Bin Laden; and Khalid Bin Mahfouz*

Stephen J. Brogan, Esquire
Timothy J. Finn, Esquire
James E. Gauch, Esquire
Michael P. Gurdak, Esquire
Jonathan C. Rose, Esquire
Michael Shumaker, Esquire
Jennifer Shumaker, Esquire
Melissa Stear, Esquire

JonesDayMDL1570@jonesday.com
dmcCaffrey@jonesday.com

**JONES DAY**
222 East 41st Street
New York, NY 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Saudi Binladin Group, Inc.; Bakr M. Bin Laden; Omar Bin Laden; Tarek M. Bin Laden; and Khalid Bin Mahfouz*

E. Michael Bradley, Esquire
Geoffrey S. Stewart, Esquire

JonesDayMDL1570@jonesday.com
dmcCaffrey@jonesday.com

**JOSHUA L. DRATEL, P.C.**
14 Wall Street, 28th Floor
New York, NY 10005
Tel: (212) 732-0707
Fax: (212) 571-6341

*Counsel for Sami Omar Al-Hussayen*

Joshua L. Dratel, Esquire
jdratel@joshuadratel.com

Marshall A. Mintz, Esquire
mmintz@joshuadratel.com

17

**KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.**
1615 M Street, N.W., Suite 400
Sumner Square
Washington, DC  20036-3209
Tel:  (202) 326-7900
Fax:  (202) 326-7999

*Counsel for Prince Turki Al-Faisal Bin Abdulaziz Al-Saud, Prince Bandar bin Sultan bin Abdulaziz, Princess Haifa Al Faisal, and The Kingdom of Saudi Arabia*

David C. Frederick, Esquire
Michael J. Guzman, Esquire
Mark C. Hansen, Esquire
Michael K. Kellogg, Esquire
J.C. Rozendaal, Esquire

KelloggMDL1570@khhte.com
Mguzman@khhte.com

**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY  10036
Tel:  (212) 556-2100
Fax:  (212) 556-2222

*Counsel for Arab Bank PLC*

Richard T. Marooney, Esquire
rmarooney@kslaw.com

Jeanette M. Viggiano, Esquire
jviggiano@kslaw.com

**LAW FIRM OF OMAR T. MOHAMMEDI**
200 Madison Avenue, Suite 1901
New York, NY 10016-3903
Tel: 212-752-3846
Fax: 212-725-9160

*Counsel for World Assembly of Muslim Youth; WAMY International*

Omar T. Mohammedi, Esquire
omohammedi@otmlaw.com

**LAW FIRM OF OMAR T. MOHAMMEDI**
2201 NE 52nd Street, Suite 205
Lighthouse Point, FL 33064
Tel: 954-428-7757

*Counsel for World Assembly of Muslim Youth; WAMY International*

Khurrum Wahid, Esquire
Khurrum.Wahid@verizon.net

18

**MARTIN F. McMAHON & ASSOCIATES**
1150 Connecticut Avenue, N.W., Suite 900
Washington, DC  20036
Tel:  (202) 862-4343
Fax:  (202) 828-4130

*Counsel for Saleh Abdullah Kamei; Al Baraka Investment & Development Corp.; International Islamic Relief Organization; Rabita Trust; Dallah Al Baraka Group, LLC; Makkah Mukarrahman Charity Trust; Wael Jalaidan and Omar Abdullah Kamel*

Martin F. McMahon, Esquire
Christopher D. Brown, Esquire
Stephanie Wall Fell

lawmfm@aol.com

**McDERMOTT WILL & EMERY LLP**
600 13th Street, N.W.
Washington, DC  20005-3096
Tel:  (202) 756-8000
Fax:  (202) 756-8087

*Counsel for Yassin Abdullah Al Kadi*

Thomas P. Steindler, Esquire
Stanton D. Anderson, Esquire

MDLNo1570Group@mwe.com

**PATTON BOGGS LLP**
2550 M Street, N.W.
Washington, DC  20037
Tel:  (202) 457-6000
Fax:  (202) 457-6315

*Counsel for National Commercial Bank*

Ronald S. Liebman, Esquire
Mitchell Berger, Esquire
Ugo Colella, Esquire
MDL1570@pattonboggs.com

19

**ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP**
1801 K Street, NW, Suite 411
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Counsel for Saudi High Commission*

Lawrence S. Robbins, Esquire
lrobbins@robbinsrussell.com

Roy T. Englert, Jr., Esquire
renglert@robbinsrussell.com

Max Huffman, Esquire
mhuffman@robbinsrussell.com

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022-6069
Tel: (212) 848-4000
Fax: (212) 848-7179

*Counsel for Saudi American Bank*

Brian H. Polovoy, Esquire
Daniel M. Segal, Esquire
Henry Weisburg, Esquire

MDL1570@shearman.com

**HUSSEIN SHOUKRY LAW FIRM**
Adham Commercial Center, 9th Floor
Medina Road
PO Box 667
Jeddah 21421, Saudi Arabia

*Counsel for HRH Prince Mohamed al Faisal al Saud*

Kamal Hussein Shoukry

**STEPTOE & JOHNSON L.L.P.**
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902

*Counsel for Mohammad Bin Abdullah Aljomaih*

Christopher T. Lutz, Esquire
clutz@steptoe.com

20

**UNITED STATES ATTORNEY'S OFFICE**
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2709
Fax: (212) 637-2717

Sarah S. Normand
Assistant U.S. Attorney
sarah.normand@usdoj.gov

**UNITED STATES DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-3367
Fax: (202) 616-8470

Elizabeth J. Shapiro, Esquire
Elizabeth.Shapiro@usdoj.gov

**WHITE & CASE LLP**
601 Thirteenth Street, N.W.
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355

*Counsel for Al Rajhi Banking & Investment Corporation*

Christopher M. Curran, Esquire
Nicole E. Erb, Esquire

AlRajhiBankMDL1570@whitecase.com.

**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113

*Counsel for DMI Administrative Services, S.A.*

Tim McCarthy, Esquire
tmccarthy@whitecase.com

James J. McGuire, Esquire
jmcguire@whitecase.com

21

**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 20005
Tel: (202)434-5046
Fax: (202) 434-5049

*Counsel for Abdul Rahman Bin Kahlid Bin Mafouz*

MDL1570@wc.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
1600 Tysons Boulevard, 10th Floor
McLean, VA 22102
Tel: (703) 251-9700
Fax: (202) 663-6363

*Counsel for HRH Prince Mohamed Al Faisal Al Saud*

David P. Donovan, Esquire
david.donovan@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2445 M Street, N.W.
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

*Counsel for HRH Prince Mohamed Al Faisal Al Saud*

Louis R. Cohen, Esquire
louis.cohen@wilmerhale.com

Tracey Allen, Esq.
tracey.allen@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (202) 663-6363

*Counsel for HRH Prince Mohamed Al Faisal Al Saud*

David.Bowker
david.bowker@wilmerhale.com

22